■ In the Matter of MYRON WRIGHT, Consecutive No. 16906, for Discharge from Central New York Psychiatric Center Pursuant to Mental Hygiene Law § 10.09, Respondent, v STATE OF NEW YORK et al., Appellants. [40 NYS3d 339]—Appeal from an order of the Supreme Court, Oneida County (Louis P. Gigliotti, A.J.), entered March 1, 2016 in a proceeding pursuant to Mental Hygiene Law article 10. The order, among other things, directed the discharge of petitioner from the custody of the New York State Office of Mental Health.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.